```
BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email:  Michael.Maffei@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 16-00393 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
|  | ) EXCLUDING TIME FROM OTHERWISE |
| v. | ) APPLICABLE SPEEDY TRIAL ACT |
|  | ) CALCULATION |
| DONALD JASON LIEN, | ) |
| Defendant. | ) |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.   The parties appeared before the Court on September 27, 2016 at 2:30 p.m. for a status hearing. Mr. Lien was present and in custody and represented by Assistant Federal Defender Elizabeth Falk, who specially appeared for Assistant Federal Defender Gabriela Bischof. Assistant United States Attorney Michael Maffei appeared for the Government. The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to conduct further investigation.

2.   Accordingly, with the parties' agreement as to the new date, the Court scheduled a further status date for November 8, 2016 at 2:30 p.m., with the understanding that the parties would submit a

STIP. AND ORDER EXCLUDING TIME       1
CR 16-00393 RS

1  Stipulation and Proposed Order excluding time.

2          3.      The parties now formalize their request for a continuance of this matter to November 8,
3  2016 at 2:30 p.m. for a further status hearing, and respectfully submit and agree that the period from
4  September 27, 2016 through and including November 8, 2016 should be excluded from the otherwise
5  applicable Speedy Trial Act computation because the continuance is necessary for effective preparation
6  of counsel, taking into account the exercise of due diligence.  Specifically, the time requested for
7  exclusion will allow Mr. Lien's attorney to conduct further investigation in this case.

8          IT IS SO STIPULATED.

10 DATED:  September 27, 2016                          BRIAN J. STRETCH
                                                      United States Attorney

12                                                          /s/
                                                      MICHAEL MAFFEI
13                                                    Assistant United States Attorney

15 DATED:  September 27, 2016

17                                                          /s/
                                                      GABRIELA BISCHOF
                                                      Counsel for the Defendant

20                              **[~~PROPOSED~~] ORDER**

21         Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice
22 served by granting a continuance from September 27, 2016 through and including November 8, 2016
23 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such
24 a continuance would unreasonably deny the defendant the reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.

26 //
27 //
28 //

STIP. AND ORDER EXCLUDING TIME                    2
CR 16-00393 RS

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on November 8, 2016 at 2:30 p.m. for a status hearing.

2. The period from September 27, 2016 through and including November 8, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 9/28/16

_____
HON. RICHARD SEEBORG
United States District Judge

STIP. AND ORDER EXCLUDING TIME            3
CR 16-00393 RS