BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHAEL MAFFEI (CABN 240978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    Fax: (415) 436-7207
    Email:  Michael.Maffei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00393 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| DONALD JASON LIEN, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on November 22, 2016 at 2:30 p.m. for a status hearing. Mr. Lien was present and in custody and represented by Assistant Federal Defender Jodi Linker. Assistant United States Attorneys Michael Maffei and Shailika Kotiya appeared for the Government. The parties agreed to stipulate to a continuance of the matter, with time excluded for effective preparation of counsel, to allow defense counsel to review the discovery provided by the government.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled a further status date for January 17, 2017 at 2:30 p.m., with the understanding that the parties would submit a

STIP. AND ORDER EXCLUDING TIME    1
CR 16-00393 RS

Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to January 17, 2017 at 2:30 p.m. for a further status hearing, and respectfully submit and agree that the period from November 8, 2016 through and including January 17, 2017 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow Mr. Lien's attorney to review the discovery provided by the government.

IT IS SO STIPULATED.

DATED: November 22, 2016               BRIAN J. STRETCH
                                       United States Attorney

                                              /s/
                                       MICHAEL MAFFEI
                                       Assistant United States Attorney

DATED: November 22, 2016

                                              /s/
                                       JODI LINKER
                                       Counsel for the Defendant

## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from November 8, 2016 through and including January 17, 2017 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

//
//
//

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on January 17, 2017 at 2:30 p.m. for a status hearing.

2. The period from November 8, 2016 through and including January 17, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 11/23/16

HON. RICHARD SEEBORG
United States District Judge