1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7246
7       Fax: (415) 436-7207
        Email:  Michael.Maffei@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            ) CASE NO. CR 16-00393 RS
                                         )
14        Plaintiff,                     ) STIPULATION AND [PROPOSED] ORDER TO
                                         ) CONTINUE AND EXCLUDE TIME FROM
15     v.                                ) OTHERWISE APPLICABLE SPEEDY TRIAL ACT
                                         ) CALCULATION
16  DONALD JASON LIEN,                   )
                                         )
17        Defendant.                     )
                                         )
18

19                                **STIPULATION**

20      IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

21      1.      The parties have engaged in settlement negotiations in this case, and believe that a

22 disposition in this case is imminent.  Further, the defense desires to conduct further investigation, and

23 the parties are in agreement that it would be a more efficient use of the Court's time to stipulate to a

24 continuance of this matter, with an exclusion of time.

25      2.      Accordingly, the parties respectfully request that the matter be continued until February

26 14, 2017, for a change of plea or trial setting, and submit and agree that the period from January 17,

27 2017 through and including February 28, 2017 should be excluded from the otherwise applicable

28 Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel,

STIP. AND ORDER EXCLUDING TIME            1
CR 16-00393 RS

taking into account the exercise of due diligence.  Specifically, the time requested for exclusion will allow Mr. Lien's attorney to review the discovery provided by the government.

    IT IS SO STIPULATED.

DATED: January 13, 2017                                      BRIAN J. STRETCH
                                                                             United States Attorney

                                                                             /s/
                                                                         MICHAEL MAFFEI
                                                                         Assistant United States Attorney

DATED: January 13, 2017

                                                                         /s/
                                                                        JODI LINKER
                                                                        Counsel for the Defendant

### [~~PROPOSED~~] ORDER

    Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from January 17, 2017 through and including February 28, 2017 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    Accordingly, THE COURT ORDERS THAT:

    1.    The currently scheduled status hearing set for January 17, 2017 at 2:30 p.m. shall be VACATED;

    2.    The parties shall appear before the Court on February 28, 2017 at 2:30 p.m. for a change of plea or trial setting.

3. The period from January 17, 2017 through and including February 28, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:  1/13/17

HON. RICHARD SEEBORG
United States District Judge