1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   MICHAEL MAFFEI (CABN 240978)
    SHAILIKA S. KOTIYA (CABN 308758)
5   Assistant United States Attorney

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7443
         FAX: (415) 436-7027
8        Shailika.shah@usdoj.gov

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,              )   NO. CR 16-00393 RS
14                                         )
              Plaintiff,                   )
15                                         )
         v.                                )   **STIPULATION AND [PROPOSED] ORDER**
16                                         )   **EXCLUDING TIME UNDER THE SPEEDY**
    DONALD JASON LIEN,                     )   **TRIAL ACT FROM FEBRUARY 28, 2017, TO**
17                                         )   **MACH 21, 2017**
              Defendant.                   )
18                                         )
                                           )
19  _____)

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CR-00393 RS

1      On February 28, 2017, the defendant Donald Jason Lien and his counsel appeared before this

2  Court.  At the hearing, and at the parties' request, the Court entered a briefing schedule setting a March

3  21, 2017, date for the defendant to file a motion to suppress.  The parties agree and jointly request that

4  the time between February 28, 2017, and March 21, 2017, should be excluded in order to provide

5  reasonable time necessary for the effective preparation of counsel, namely, for defense counsel to

6  prepare and file a motion to suppress, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that

7  the ends of justice served by granting the continuance outweigh the best interest of the public and the

8  defendant in a speedy trial.

9      SO STIPULATED:

10                                BRIAN J. STRETCH
                                    United States Attorney

11

12  DATED: February 28, 2017                  _____/s/_____

                                    MICHAEL MAFFEI

13                                SHAILIKA S. KOTIYA
                                    Assistant United States Attorney

14

15  DATED: February 28, 2017                  _____/s/_____

16                                JODI LINKER
                                    Attorney for the defendant

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CR-00393 RS

1

**[~~PROPOSED~~] ORDER**

2      For the reasons stated above, the Court finds that the exclusion of time from February 28, 2017,

3  through and including March 21, 2017, is warranted and that the ends of justice served by the

4  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

5  § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of

6  counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

7      IT IS SO ORDERED.

8

9  DATED: _3/1/17_____                _____

10                              HON. RICHARD SEEBORG
                               Senior United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CR-00393 RS