1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (CABN 308758)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7443
7       FAX: (415) 436-7027
        Shailika.shah@usdoj.gov

8
   Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  NO. CR 16-00393 RS
                                         )
14         Plaintiff,                    )
                                         )
15      v.                               )  **STIPULATION AND ORDER TO**
                                         )  **CONTINUE THE MAY 30, 2017 STATUS**
16  DONALD JASON LIEN,                   )  **CONFERENCE TO JUNE 20, 2017, AND TO**
                                         )  **EXCLUDE TIME UNDER THE SPEEDY TRIAL**
17         Defendant.                    )  **ACT FROM MAY 10, 2017, TO JUNE 20, 2017**
                                         )
18                                       )
                                         )
19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CR-00393 RS

| | |
|---|---|
| 1 | On May 10, 2017, the Court issued a written order denying the defendant Donald Jason Lien's |
| 2 | motion to suppress.  The Court scheduled a status conference for May 30, 2017 at 2:30 PM.  Defense |
| 3 | counsel is unavailable on this proposed date, and government counsel is unavailable on Tuesday June 6, |
| 4 | 2017.  Therefore, the parties agree and jointly request that the status conference be continued until June |
| 5 | 20, 2017.  In addition, the parties agree and jointly request that the time between May 10, 2017, and |
| 6 | June 20, 2017, should be excluded in order to provide reasonable time necessary for the effective |
| 7 | preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of |
| 8 | justice served by granting the continuance outweigh the best interests of the public and the defendant in |
| 9 | a speedy trial. |

SO STIPULATED:

BRIAN J. STRETCH
United States Attorney

DATED: May 15, 2017

_____/s/_____
SHAILIKA S. KOTIYA
Assistant United States Attorney

DATED: May 15, 2017

_____/s/_____
JODI LINKER
Attorney for the defendant

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CR-00393 RS

**ORDER**

For good cause shown, the Court hereby orders that the status hearing in this matter, that is currently scheduled for May 30, 2017, at 2:30 PM, be set for June 20, 2017, at 2:30 PM.

In addition, for the reasons stated above, the Court finds that the exclusion of time from May 10, 2017, through and including June 20, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/15/2017

_____
HON. RICHARD SEEBORG
Senior United States District Judge