STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant LIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-0393 RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |
| DONALD JASON LIEN, | |
| Defendants. | |

*US v. Lien*, Case No.16-0393 RS;
STIP & [PROPOSED] ORD. TO CONT. SENT.    1

Defendant Donald Jason Lien is scheduled to be sentenced by this Court on September 19, 2017. The parties dispute the number of images attributable to Mr. Lien, and are working together in attempt to either resolve that dispute or determine the most efficient way to present that dispute to the Court. This process is time-consuming in that the parties must schedule appointments at the Department of Homeland Security on Sansome Street in order to review any images. Accordingly, the parties are requesting to continue the sentencing for two weeks to October 3, 2017 at 2:30 p.m..

SO STIPULATED.

9/11/2017
Date

/s/
SHAILIKA KOTIYA
Assistant U.S. Attorney

9/11/2017
Date

/s/
JODI LINKER
Attorney for Defendant Lien

IT IS SO ORDERED.

9/11/17
Date

RICHARD SEEBORG
United States District Judge