STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant LIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 16-0393 RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| DONALD JASON LIEN, | |
| Defendants. | |

The parties continue to work through disputes regarding the sentencing and, therefore, request another short continuance of the sentencing hearing. Given the work on this case and other commitments of counsel for both parties, the parties jointly request to continue the sentencing to October 17, 2017 at 2:30 p.m..

SO STIPULATED.

| 09/25/2017 | /s/ |
|---|---|
| Date | SHAILIKA KOTIYA<br>Assistant U.S. Attorney |

| 09/25/2017 | /s/ |
|---|---|
| Date | JODI LINKER<br>Attorney for Defendant Lien |

IT IS SO ORDERED.

| 9/25/17 | |
|---|---|
| Date | RICHARD SEEBORG<br>United States District Judge |