1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHAILIKA S. KOTIYA (CABN 308758)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7443
7        Fax: (415) 436-7027
         Email: shailika.kotiya@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            ) CASE NO. CR 16-00393 RS
                                         )
14         Plaintiff,                    ) STIPULATION AND [PROPOSED] ORDER TO
                                         ) CONTINUE SENTENCING HEARING
15     v.                                )
                                         )
16  DONALD JASON LIEN,                   )
                                         )
17         Defendant.                    )
                                         )
18

19         The defendant is scheduled to be sentenced on Tuesday October 17, 2017, at 2:30 p.m. The

20  parties jointly request a short continuance of the sentencing hearing to October 24, 2017, at 2:30 p.m.

21  Given the work on this case and other commitments of counsel for both parties, and in order to provide

22  adequate time for the Court to review the disputes that may impact sentencing in this matter, the parties

23  jointly request a continuance of the sentencing hearing to October 24, 2017, at 2:30 p.m.

24         IT IS SO STIPULATED.

25  //

26  //

27  //

28  //

STIP. AND ORDER                             1
CR 16-00393 RS

DATED: October 16, 2017      BRIAN J. STRETCH
United States Attorney

/s/
SHAILIKA S. KOTIYA
Assistant United States Attorney

DATED: October 16, 2017

/s/
JODI LINKER
Counsel for the Defendant

IT IS SO ORDERED.

DATED: 10/17/17

HON. RICHARD SEEBORG
United States District Judge

STIP. AND ORDER
CR 16-00393 RS     2