DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-CR-00393-RS |
| Plaintiff, | STIPULATION AND REQUEST TO CONTINUE SUPERVISED RELEASE VIOLATION STATUS CONFERENCE FROM AUGUST 25, 2020 TO OCTOBER 6, 2020 AND ORDER |
| v. | |
| DONALD LIEN, | |
| Defendant. | |

    Defendant Donald Lien was convicted and sentenced on October 24, 2017 to forty-eight months imprisonment and eight years of supervised release for a violation of 18 U.S.C. § 2252(a)(4)(B), Possession of Child Pornography. Mr. Lien was placed on federal supervised release on January 3, 2020. On June 15, 2020, Probation filed a petition to revoke supervised release based on violations related to Mr. Lien's alleged possession of electronic device(s) containing child pornography on or about June 12, 2020. Defendant remains in custody pending adjudication of the supervised release violation. The government is currently investigating the new allegations.

    Counsel for the United States and counsel for Mr. Lien now jointly stipulate and request to

STIPULATION AND REQUEST TO CONTINUE SUPERVISED RELEASE STATUS
CONFERENCE AND ORDER
Case No. 16-CR-00393 RS                                                                                      v. 7/10/2018

continue the August 25, 2020 status conference in the instant matter until October 6, 2020, or to a subsequent date deemed appropriate by the Court.  The requested continuance is necessary to afford defense counsel time to review the discovery produced by the United States in the case thus far and to permit additional investigation by the United States.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

Dated:  8/24/2020

DAVID L. ANDERSON
United States Attorney

__/s/_____
**CHRISTOFFER LEE**
Assistant United States Attorney

__/s/_____
**GABRIELA BISCHOF**
Counsel for Defendant Donald Lien

**ORDER**

Based upon the facts set forth in the stipulation of the parties, the consent of the parties, and for good cause shown, IT IS HEREBY ORDERED that the supervised release status conference currently set for August 25, 2020 be VACATED.  The date for the supervise release status conference is RESET to October 6, 2020, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: 8/24/2020

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE