STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant Lien

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>DONALD JASON LIEN,<br><br>    Defendant. | Case No. CR 16-393-RS<br><br>STIPULATION AND ORDER TO CONTINUE ADMISSION DATE |

      Mr. Lien's pending supervised release violation is currently set for an admission hearing on January 25, 2021. The parties also anticipated that Mr. Lien would also change his plea to guilty on a new, yet-to-be-filed case on that date. Unfortunately, Mr. Lien is presently quarantined as a result of exposure to COVID-19 in custody and will not be released from that quarantine until January 30, 2021. Consequently, defense counsel will be unable to meet with Mr. Lien, and Mr. Lien will be unable to appear for court. Accordingly, the parties respectfully request that the Court continue the admission hearing until February 8, 2021.

IT IS SO STIPULATED.

Dated: January 20, 2021

/s/
DAVID ANDERSON
United States Attorney
CHRISTOFFER LEE
Assistant United States Attorney

Dated: January 20, 2021

/s/
STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender

IT IS SO ORDERED.

Dated: 1/20/2021

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE